FILED

08/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0394

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0394

_____

JACOB LEE SMITH,

      Petitioner and Appellant,

  v.

STATE OF MONTANA, DEPARTMENT OF
HEALTH AND HUMAN SERVICES, PATTI
RENEGER, KRISTA MIX, CITY OF HELENA,
MT, CITY OFFICER BRIAN FISCHER, CITY
OFFICE, JOHN DOE, TARA HARRIS, LEWIS
AND CLARK COUNTY, WENDY HOLDEN-
JOHNSON, PUBLIC DEFENDER'S OFFICE
REGION 4,

      Respondents and Appellees.

                           O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Jacob Smith, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2022